# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Twin City Floor Covering Industry Pension Fund
and Twin City Floor Covering Industry Fringe Benefit
Trust Fund

Case No. Civil 01-1047RHK/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Hagen Companies, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiffs' motion is **GRANTED** and judgment is entered against the defendant; the defendant shall produce for inspection and audit certain business records for the period March, 1999 through April, 2001; defendant is to produce for inspection such additional records as are deemed necessary to the performance of such audit by representatives; production and inspection shall occur within 10 days of entry of this order; the only issues remaining to be determined are the amount of plaintiffs' damages and claim for attorney fees and costs and shall be determined by the court upon application and affidavit of plaintiffs' counsel.

DATE: August 21, 2001

RICHARD D. SLETTEN, CLERK

________________________________

Denise La Fond, Deputy Clerk