**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TWIN CITY FLOOR COVERING
INDUSTRY PENSION FUND;
TWIN CITY FLOOR COVERING
INDUSTRY FRINGE BENEFIT TRUST
FUND,

Plaintiffs,

vs. CV 01-1047 RHK/SRN

HAGEN COMPANIES INC., A
Minnesota business corporation

Defendant.

**NOTICE OF MOTION HEARING**

Plaintiff's Motion for Entry of Money Judgment is re-scheduled to Monday, June 3, 2002 at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

May 2, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed MAY 02 2002
Richard D. Sletten, Clerk

By:____________________